IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN RANAE ANAYA, | CASE NO. CV F 09-1191 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS CASE FOR VIOLATION OF COURT ORDER** |
| vs. | |
| ADVISORS LENDING GROUP, et al., | |
| Defendants. / | |

This Court's August 5, 2009 order ("August 5 order") dismissed this action with prejudice against defendants Deutsche Bank National Trust Company, as Trustee under Pooling and Servicing Agreement dated as of May 1, 2007, Securitized Asset Backed Receivables LLC Trust 2007-BR-4, Mortgage Pass-through Certificates, Series 2007-BR4 ("Deutsche Bank, as Trustee"). The clerk entered an August 5, 2009 judgment in favor Deutsche Bank, as Trustee and against plaintiff Joan Ranae Anaya ("plaintiff"). The August 5 order required plaintiff, no later than August 13, 2009, to file papers to show cause why this Court should not dismiss this action against the remaining defendants Advisors Lending Group, Financial Title Company, and TD Service Company, and included the following admonishment:

> **This Court ADMONISHES Ms. Anaya that this Court will dismiss this action against defendants Advisors Lending Group, Financial Title Company, and TD Service Company if she fails to comply with this order and fails to file timely papers to show cause why this Court should not dismiss these defendants.**

August 5 Order, p.15 (emphasis in original). Plaintiff failed to respond to this Court's order.

1   For violation of this Court's August 5 order, this Court:

2   1. DISMISSES this action without prejudice against non-appearing defendants Advisors
3   Lending Group, Financial Title Company, and TD Service Company; and
4   2. DIRECTS the clerk to close this action.

5   IT IS SO ORDERED.

6   **Dated:   August 17, 2009**              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE